Louis E. Kempinsky, State Bar No. 90068
*lek@vrmlaw.com*
John C. Keith, State Bar No. 229755
*jck@vrmlaw.com*
VALENSI ROSE, PLC
1888 Century Park East, Suite 1100
Los Angeles, California 90067-1715
Telephone: (310) 277-8011
Facsimile: (310) 277-1706

Attorneys for Appellee Jacob Terner, individually and on behalf of the Herta and Paul Amir Family Trust, dated February 13, 1987

Ekwan E. Rhow, State Bar No. 174604
*eer@birdmarella.com*
Mary H. Hansel, State Bar No. 223515
*mhh@birdmarella.com*
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS & LINCENBERG, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2651
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Appellants Brotman Medical Center, Inc. and Prospect Medical Systems, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:10-cv-4933 CJC |
| BROTMAN MEDICAL CENTER, INC., a California corporation, | Bankruptcy Case No. 2:07-19705-BB |
| | Chapter 11 |
| Debtor. | Adv. Proc. No. 2:09-01285-BB |
| BROTMAN MEDICAL CENTER, INC., a California corporation, and PROSPECT MEDICAL SYSTEMS, INC., a DELAWARE corporation, | **ORDER GRANTING STIPULATION FOR FURTHER TRANSFER OF PROCEEDING TO BANKRUPTCY COURT FOR DETERMINATION OF APPELLEE'S ENTITLEMENT TO ATTORNEYS' FEES** |
| Appellants, | |
| vs. | |

80890.001 319813.1

JACOB TERNER, an individual; and
HERTA AND PAUL AMIR FAMILY
TRUST, dated February 13, 1987,

          Appellees.

This Court, having considered the Stipulation For Further Transfer Of Proceeding To Bankruptcy Court For Determination Of Appellee's Entitlement To Attorneys' Fees ("Stipulation") filed on May 16, 2012, by appellants Brotman Medical Center, Inc. and Prospect Medical Systems, Inc., on the one hand, and appellee Jacob Terner ("Dr. Terner"), individually and on behalf of appellee Herta and Paul Amir Family Trust, dated February 13, 1987, on the other hand (collectively, the "Parties"), having found the relief requested by the Stipulation to be in accordance with the February 15, 2012 Order of the United States Court of Appeals for the Ninth Circuit ("Ninth Circuit") transferring the above-captioned proceeding to this Court, and good cause appearing therefor,

**HEREBY ORDERS:**

1. The Stipulation is granted.

2. The above-captioned proceeding, transferred to this Court by the Ninth Circuit, is hereby further transferred to the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court"), for determination of the sole issue of whether Dr. Terner is now entitled to recover "attorneys' fees and costs incurred in connection with the Brotman Adversary Proceeding" (as defined in the Stipulation), and, if so, in what amount up to the stated maximum of $254,804.40, as more specifically explained in, and which issue is to be determined in accordance with, the provisions of that certain Term Sheet executed between the Parties and attached as Exhibit 1 to the Stipulation (the "Attorneys' Fees Issue").

3. The Bankruptcy Court shall adjudicate the Attorneys' Fees Issue in accordance with the mandate from the Ninth Circuit and the Term Sheet entered into between the Parties.

1  |  4. The Bankruptcy Court's determination of the Attorneys' Fees Issue
2  |  shall be final and non-appealable.

DATED: May 17, 2012

_____
Hon. Cormac J. Carney
United States District Court Judge